# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JUSTIN LEVON SLADE,

      Appellant,

 v.

Case No.  5D22-2718
LT Case Nos. 2017-CF-41622-A
2017-CF-41623-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 11, 2023

3.850 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Justin Levon Slade, Crestview, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.